# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES-GENERAL

Case No.  SA CV 15-908-JGB (PLA)                                      Date September 16, 2015

Title: Donzell Thompson v. Unknown

---

PRESENT:  THE HONORABLE    PAUL L. ABRAMS

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFFS:            ATTORNEYS PRESENT FOR DEFENDANTS:
                NONE                                              NONE

**PROCEEDINGS:**        **(IN CHAMBERS)**

Pursuant to this Court's Order of July 23, 2015, plaintiff was ordered to pay an initial partial filing fee of $5.00 within thirty (30) days of the date of the order (i.e., by August 24, 2015). The $5.00 partial filing fee has not been received by the Court. Accordingly, **no later than October 7, 2015, plaintiff is ordered to show cause** why this case should not be dismissed for failure to pay the required fee. Receipt of the partial $5.00 filing fee by the Court on or before **October 7, 2015**, shall be deemed compliance with this Order to Show Cause.


cc:    Donzell Thompson, pro se




Initials of Deputy Clerk____ch____

CV-90 (10/98)                         CIVIL  MINUTES  -  GENERAL